Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FOSTER, ) | Case No. CV 08-1583-JVS(RC) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| PEOPLE OF THE STATE OF ) CALIFORNIA; WILSHIRE DIVISION ) LOS ANGELES POLICE DEPARTMENT,) | |
| Respondents. ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: ___3.12.08___

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-1583.mdo
3/11/08